# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| GREGORY JOHN SCHAFFER,<br>Petitioner,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br>Respondent. | Civil Action No. 21-12815 (KM)<br><br>MEMORANDUM AND ORDER |

Petitioner Gregory John Schaffer, a federal prisoner presently incarcerated at Tucson U.S.P. in Tucson, Arizona, proceeds by counsel with a motion to vacate, set aside, or correct a sentence pursuant to 28 U.S.C. § 2255. (DE 4.) In accordance with the Rule 4(b) of the Rules Governing Section 2255 Proceedings, I have screened the petition for dismissal and determined that dismissal without an answer and a reply is not warranted.

Accordingly, IT IS this 25th day of June, 2021,

ORDERED that Respondent shall file a full and complete answer to the motion within forty-five (45) days of the entry of this order; and it is further

ORDERED that Respondent shall raise by way of its answer any appropriate defenses that it wishes the Court to consider, including, with respect to the asserted defenses, relevant legal arguments with citations to appropriate legal authority; and it is further

ORDERED that the answer shall be accompanied by certified copies of all notices, opinions, documents, transcripts, or recordings of any proceedings, including all documentation that may be material to the questions raised in the motion; in lieu of providing certified copies, however, the Government may cite to the criminal docket (13-cr-183) by referencing the ECF docket entry number and the page; and it is finally

ORDERED that Petitioner may file and serve a reply in support of the motion within forty-five (45) days after the answer is filed.

/s/ Kevin McNulty

---
Kevin McNulty
United States District Judge